**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00944-CV

## IN RE D.C. INDIVIDUALLY AND A/N/F OF M.M., Relator

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Angela M. Tucker, Judge of the 199th Judicial District Court, to **VACATE** her June 12, 2013 ruling compelling the depositions of D.C. and M.M. and her July 10, 2013 "Memorandum" to the extent it relates to the forensic interview of M.M. and to **RENDER** an order denying real party in interest's emergency motion for expedited discovery to the extent it seeks discovery from D.C. and M.M..

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover her costs of this original proceeding from real party in interest.

/s/      ELIZABETH LANG-MIERS
          JUSTICE